856

No. 83–5084.  MARQUEZ v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 83–5085.  PIATKOWSKA v. VONS FOODMARKETS.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 83–5086.  CASTANEDA-REYES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–5089.  KAPPER v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 83–5090.  CAGNINA v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–5091.  JONES v. MISSISSIPPI RIVER GRAIN ELEVATOR CO.  C. A. 5th Cir.  Certiorari denied.

No. 83–5093.  CHESSON v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 83–5096.  BUSTAMANTE v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 83–5097.  NATION v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 83–5098.  SCOTT v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 83–5099.  BLACK v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 83–5101.  LANDES v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 83–5103.  VALENZUELA v. OFFICE OF PERSONNEL MANAGEMENT.  C. A. Fed. Cir.  Certiorari denied.

No. 83–5104.  TORPY v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 83–5107.  BROWN v. LUTHERAN HOSPITAL SOCIETY OF SOUTHERN CALIFORNIA, DBA SANTA MONICA HOSPITAL MEDICAL CENTER.  C. A. 9th Cir.  Certiorari denied.